RUSS, AUGUST & KABAT
Larry C. Russ, State Bar No. 82760
lruss@raklaw.com
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Kent N. Shum, State Bar No. 259189
kshum@raklaw.com
Bahrad A. Sokhansanj, State Bar No. 285185
bsokhansanj@raklaw.com
Minna Y. Chan, State Bar No. 305941
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*[Additional Counsel Listed in Signature Block]*

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff,*<br><br>vs.<br><br>GOGO LLC<br><br>*Defendant.* | 8:18-cv-00654-AG(JDEx) - LEAD<br><br>**JOINT STIPULATION TO STAY LITIGATION PENDING *INTER PARTES* REVIEW**<br><br>*[Proposed Order Submitted Concurrently Herewith]* |

Plaintiff Linksmart Wireless Technology, LLC and Defendants Gogo LLC and Panasonic Avionics Corp. hereby stipulate to stay this litigation pending the *inter partes* review ("IPR") of the patent-in-suit, U.S. Reissued Patent No. RE46,459 ("'459 Patent"), filed by Panasonic on October 9, 2018, Case No. IPR2019-00043 ("Panasonic IPR"). Further, although no additional IPRs have been filed against the '459 Patent yet, the parties believe additional IPRs may be filed against the '459 Patent in the coming months and stipulate to stay this litigation pending any additional IPRs as well.

For the Panasonic IPR, the parties expect the Patent Trial and Appeal Board ("PTAB") to issue a decision on institution in May 2019. Because this litigation is in its early stages, the parties desire to conserve the parties' and the Court's resources, and allow the Panasonic IPR to run its course at the PTAB before proceeding further in this litigation. Therefore, the parties stipulate to and seek a stay of this litigation pending the Panasonic IPR proceeding. Specifically, the parties seek a stay at least until the PTAB dismisses the IPR or issues a final written decision, which is estimated to occur 18 months from now, or May 2020.

Further, the parties anticipate that additional IPRs may be filed against the '459 Patent, including potentially by Defendants here and other defendants in parallel lawsuits in the District of Nevada and the Eastern District of New York that were initiated within a month of this litigation. Because of the likelihood that multiple additional IPRs may be filed in the coming months, the parties believe that it would be most efficient to stay this litigation until all of the IPRs filed against the '459 Patent by a current defendant[1] in the various Linksmart cases have either been

---

[1] The current defendants are: (C.D. Cal.) Gogo LLC, Aerovias de Mexico S.A. de C.V., Air Canada, Société Air France, Koninklijke Luchtvaart Maatschappij, N.V., Alaska Airlines, Inc., American Airlines, Inc., British Airways, plc, Delta Air Lines, Inc., United Airlines, Inc., Panasonic Avionics Corp, Emirates, The Emirates Group, Southwest Airlines Co., WestJet Airlines Ltd., and WestJet Operations Corp.; (Nev.) Caesars Entertainment Corp., Las Vegas Sands Corp., Golden Nugget, Inc., Landry's Inc., MGM Resorts International, and Wynn Las Vegas, LLC; (E.D.N.Y.) DCI-Design Communications LLC and Deep Blue Communications, LLC.

dismissed or have reached a final written decision by the PTAB. The parties note that Gogo is not involved in the Panasonic IPR. Linksmart hereby stipulates that it will not assert that Gogo is a real party in interest or privy with respect to Panasonic's IPR. Linksmart further stipulates that it will not assert that Gogo is estopped under 35 U.S.C. § 315(e)(2) by the outcome of the Panasonic IPR. The parties agree to notify the Court in the status reports proposed below if Gogo files a petition for an IPR or is a real party in interest in any IPR filed against the '459 Patent.

The parties agree to submit to the Court a status report within 14 days following the PTAB's decision on institution for the Panasonic IPR. If instituted, the parties also agree to submit to the Court a status report within 14 days following the PTAB's final written decision (or dismissal) for the Panasonic IPR. The parties are amendable to providing periodic reports concerning the status of all other IPRs filed against the '459 Patent by a current defendant, as the Court deems appropriate.

In light of this stipulation, the parties respectfully request the Court to vacate all deadlines in this litigation.

For the foregoing reasons, the Parties respectfully request that the Court enter an order staying the above-captioned cases pending IPR proceedings and vacating all deadlines. The Parties have stipulated to these terms and signed below.

DATED: November 1, 2018

**RUSS, AUGUST & KABAT**
Larry C. Russ
Marc A. Fenster
Benjamin T. Wang
Kent N. Shum
Bahrad A. Sokhansanj
Minna Y. Chan


By: */s/ Kent N. Shum*
    Kent N. Shum

Attorneys for Plaintiff
Linksmart Wireless Technology, LLC

| | | |
|---|---|---|
| 1 | DATED: November 1, 2018 | **SIDLEY AUSTIN LLP**<br>Theodore W. Chandler |
| 2 | | |
| 3 | | By: */s/ Theodore W. Chandler* |
| 4 | | Theodore W. Chandler |
| 5 | | Attorneys for Defendants<br>Gogo LLC., Aerovias De Mexico S.A. de C.V., Air Canada, Société Air France and Koninklijke Luchtvaart Maatschappij, N.V., Alaska Airlines, Inc., American Airlines, Inc., British Airways, plc, Delta Air Lines, Inc., United Airlines, Inc. |
| 10 | | |
| 11 | DATED: November 1, 2018 | **HAYNES AND BOONE, LLP**<br>Kenneth G. Parker<br>Russ Emerson<br>Winnie Wong |
| 13 | | |
| 14 | | By: */s/ Kenneth G. Parker*<br>Kenneth G. Parker |
| 15 | | Attorneys for Defendants<br>Panasonic Avionics Corp., Emirates, The Emirates Group, Southwest Airlines Co., WestJet Airlines, Ltd., WestJet Operations Corp. |

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2), the undersigned attests that signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 1, 2018                    */s/ Kent N. Shum*
                                           Kent N. Shum

Russ, August & Kabat

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system. As such, the foregoing document was served on all counsel who have consented to electronic service pursuant to Local Civil Rule 5-3.2.1.

DATED: November 1, 2018                     */s/ Kent N. Shum*
                                            Kent N. Shum