1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  LINKSMART WIRELESS TECHNOLOGY, LLC | No. 8:18-cv-00654-JAK (JDEx) - LEAD |
| 12              *Plaintiff,* | |
| 13  vs. | **ORDER RE JOINT STIPULATION RE DISMISSAL WITH PREJUDICE (DKT. 288)** |
| 14  GOGO LLC | |
| 15              *Defendant.* | **JS-6** |
| 16 | |
| 17  LINKSMART WIRELESS TECHNOLOGY, LLC | No. 8:18-cv-00662-JAK (JDEx) - CONSOLIDATED |
| 18              *Plaintiff,* | |
| 19  vs. | |
| 20  PANASONIC AVIONICS CORP. | |
| 21              *Defendant.* | |

22
23
24
25
26
27
28

Based on the parties' Joint Stipulation Re Dismissal with Prejudice (the "Stipulation" (Dkt. 288)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the following actions are **DISMISSED** in their entirety, with prejudice, with each party bearing its own costs and attorneys' fees:

- *Linksmart Wireless Technology, LLC v. Panasonic Avionics Corp.*, No. 8:18-cv-00662-JAK-JDE
- *Linksmart Wireless Technology, LLC v. Emirates et al.*, No. 2:18-cv-03353-AG-JDE
- *Linksmart Wireless Technology, LLC v. WestJet Airlines Ltd. et al.*, No. 8:18-cv-00657-AG-JDE

Pursuant to the Stipulation, Plaintiff may not pursue claims for infringement relating to Panasonic-supplied systems in the following cases:

- *Linksmart Wireless Technology, LLC v. Grupo Aeromexico S.A.B. de C.V. et al.*, No. 2:18-cv-03335-AG-JDE
- *Linksmart Wireless Technology, LLC v. Air France-KLM SA*, No. 2:18-cv-03341-AG-JDE
- *Linksmart Wireless Technology, LLC v. American Airlines Group, Inc.*, No. 2:18-cv-03349-AG-JDE
- *Linksmart Wireless Technology, LLC v. Southwest Airlines Co.*, No. 8:18-cv-00660-AG-JDE
- *Linksmart Wireless Technology, LLC v. United Continental Holdings, Inc. et al.*, No. 2:18-cv-03348-AG-JDE

1    **IT IS SO ORDERED.**

2

3

4    Date: _August 30, 2021_                    _____

5                                                John A. Kronstadt

6                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28